IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,                     No. CV 07-06152 MJJ ,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

BRETT FAVRE,

    Defendant.
_____/

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that this action is dismissed as frivolous under sections 1915A and 1915(e)(2).

Dated: December 28, 2007                          Richard W. Wieking, Clerk

                                                       By: /s/ Frank Justiliano
                                                           Deputy Clerk